THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| S.L. ANDERSON & SONS, INC., BEACON HARDWOOD, and SANTORO TRANSPORTATION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PACCAR, INC., PACCAR ENGINE COMPANY, KENWORTH TRUCK COMPANY, and PETERBILT MOTORS COMPANY,<br><br>Defendants. | CASE NO. C18-0742-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to extend Defendants' deadline to respond to Plaintiffs' complaint (Dkt. No. 28). The Court GRANTS the stipulated motion. The deadline for Defendants PACCAR INC, PACCAR ENGINE COMPANY, KENWORTH TRUCK COMPANY, and PETERBILT MOTORS COMPANY to respond to Plaintiffs' complaint is hereby extended to July 20, 2018.

//

DATED this 12th day of June 2018.

<u>William M. McCool</u><br>
Clerk of Court<br><br>
<u>s/Tomas Hernandez</u><br>
Deputy Clerk