THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L. ANDERSON & SONS, INC., BEACON HARDWOOD, and SANTORO TRANSPORTATION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PACCAR, INC., PACCAR ENGINE COMPANY, KENWORTH TRUCK COMPANY, and PETERBILT MOTORS COMPANY,<br><br>Defendants. | CASE NO. C18-0742-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline to answer or to move (Dkt. No. 35). In accordance with the stipulation, the deadline for Defendants' to respond to Plaintiffs' complaint is hereby EXTENDED to August 3, 2018.

This stipulation shall in no way alter the deadlines for Defendants to answer, move, or otherwise plead in response to any amended complaint filed by Plaintiffs, such deadlines being

controlled by Rule 15(a)(3) of the Federal Rules of Civil Procedure or as addressed specifically by a subsequent stipulation between the parties and/or order of the Court.

DATED this 18th day of July 2018.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk