THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L. ANDERSON & SONS, INC., BEACON HARDWOOD, and SANTORO TRANSPORTATION, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PACCAR, INC., *et al.*,<br><br>Defendants. | CASE NO. C18-0742-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the due date for Defendants to respond to Plaintiffs' First Amended Class Action Complaint (Dkt. No. 44). The Court hereby GRANTS the motion and EXTENDS the deadline for Defendants to respond by two weeks to August 22, 2018.

DATED this 2nd day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0742-JCC
PAGE - 1