THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| S.L. ANDERSON & SONS, INC. and SANTORO TRANSPORTATION, INC., on behalf of themselves and all others similarly situated, | CASE NO. C18-0742-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PACCAR, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the due dates for Plaintiffs' response to Defendants' motion to dismiss and Defendants' reply in support of their motion to dismiss (Dkt. No. 48). The Court hereby GRANTS the motion and EXTENDS the relevant deadlines as follows: Plaintiffs' response to Defendants' motion to dismiss shall be filed no later than September 24, 2018; Defendants' reply in support of their motion to dismiss shall be filed no later than October 19, 2018. The Clerk is DIRECTED to note Defendants' motion to dismiss for October 19, 2018.

DATED this 31st day of August 2018.

MINUTE ORDER
C18-0742-JCC
PAGE - 1

1   William M. McCool
    Clerk of Court

2   s/Tomas Hernandez
3   Deputy Clerk

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C18-0742-JCC
PAGE - 2