THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L. ANDERSON & SONS, INC., *et al.*, | CASE NO. C18-0742-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PACCAR, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay the class certification motion deadline (Dkt. No. 53). Having thoroughly considered the motion and finding good cause pursuant to Local Civil Rule 23(i)(3), the Court GRANTS the motion and hereby STAYS the deadline for Plaintiffs to file a motion for class certification pending the outcome of Defendants' motion to dismiss (Dkt. No. 46). The briefing and discovery schedule for the motion for class certification shall be set at a future status conference.

DATED this 2nd day of November 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk