THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L. ANDERSON & SONS, INC., *et al.*, | CASE NO. C18-0742-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PACCAR, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report, proposed discovery plan, and request for status conference (Dkt. No. 57). The Court hereby ORDERS the parties to appear at a status conference to set a case schedule on May 28, 2019 at 9:00 a.m. The parties may propose discovery deadlines in this matter at the status conference.

The parties have notified the Court that this case is substantially similar to *BK Trucking Co. v. PACCAR, Inc.*, Case No. 15-2282 (D.N.J. 2016). (Dkt. No. 57 at 2.) The parties in *BK Trucking* have completed fact discovery and are currently conducting expert discovery. (*Id.*) Plaintiffs request that Defendants produce all materials produced in *BK Trucking*, while Defendants object and propose limitations on the scope of discovery in this case if the *BK Trucking* materials are produced. (*Id.* at 3–7.) Plaintiffs assert that they will seek an order

compelling Defendants to produce the *BK Trucking* materials and a ruling on the admissibility of *BK Trucking* deposition transcripts at the status conference. (*Id*. at 4.) The purpose of the May 28 status conference is to set a case schedule in this matter, and the Court will not hear or entertain any discovery disputes at that time. If the parties are unable to resolve their disagreement as to the *BK Trucking* materials, Plaintiffs may file an appropriate motion to compel production of the materials. In accordance with Local Civil Rule 37, the parties are reminded to meet and confer before bringing any discovery disputes before the Court.

DATED this 1st day of April 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk