THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L. ANDERSON & SONS, INC. *et al.*, | CASE NO. C18-0742-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PACCAR, INC. *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report and proposed briefing schedule (Dkt. No. 66). On January 28, 2020, the parties participated in mediation and were unable to resolve the case. (*See id.* at 2.) Pursuant to the Court's order dated December 2, 2019, the parties have filed a joint status report and have each proposed a briefing schedule for Plaintiffs' motion for class certification. (*See id.*; Dkt. No. 65.) Having thoroughly reviewed the parties' joint status report and proposed briefing schedules, the Court hereby ORDERS as follows:

1. Fact discovery shall be completed no later than September 1, 2020;
2. Plaintiffs' expert disclosures and reports are due by September 1, 2020;
3. Defendants' expert disclosures and reports are due by October 23, 2020;

4. Expert depositions shall be completed by December 4, 2020;

5. Plaintiff's motion for class certification shall be filed no later than January 15, 2021;

6. Defendant's opposition to Plaintiffs' motion for class certification shall be filed no later than March 19, 2021; and

7. Plaintiffs' reply in support of their motion for class certification shall be filed no later than April 16, 2021.

DATED this 14th day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
