THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L. ANDERSON & SONS, INC. *et al.*, | CASE NO. C18-0742-JCC |
| Plaintiffs, | ORDER |
| v. | |
| PACCAR, INC. *et al.*, | |
| Defendants. | |

This matter comes before the Court on Defendants' motion to dismiss Plaintiffs' claim for breach of express warranty with prejudice (Dkt. No. 70). On November 13, 2018, the Court dismissed Plaintiffs' claim for breach of express warranty under Wisconsin law without prejudice and with leave to file an amended complaint within 30 days. (Dkt. No. 55.) Plaintiffs did not file an amended complaint, and Defendants now move to dismiss Plaintiffs' claim for breach of express warranty under Wisconsin law with prejudice. (Dkt. No. 70.) Plaintiffs have filed a notice of non-opposition to Defendants' motion to dismiss. (Dkt. No. 71.)

Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS Defendants' motion to dismiss (Dkt. No. 70) and DISMISSES Plaintiffs' claim for breach of express warranty under Wisconsin law with prejudice.

//

//

ORDER
C18-0742-JCC
PAGE - 1

DATED this 21st day of April 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE