THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.L. ANDERSON & SONS, INC. *et al.*, | CASE NO. C18-0742-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PACCAR, INC. *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a case schedule (Dkt. No. 73). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. Discovery will close on May 28, 2021;
2. Plaintiffs must file their expert disclosures and expert reports no later than May 28, 2021;
3. Defendants must file their expert disclosures and expert reports no later than September 24, 2021;
4. Expert depositions must be completed no later than November 26, 2021;
5. Plaintiffs' motion for class certification must be filed no later than December 17, 2021;
6. Defendants' response to Plaintiffs' motion for class certification must be filed no later

than February 18, 2022; and

7. Plaintiffs' reply in support of their motion for class certification must be filed no later than March 18, 2022.

DATED this 31st day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0742-JCC
PAGE - 2